UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v.  ) | Docket No.    23-CR-40003-MRG |
| CHARLIE VICK ) | |

# **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

# **AND FOR THE COURT TO APPOINT NEW COUNSEL**

Now comes undersigned counsel and moves to withdraw as counsel for the defendant in the above captioned matter.  As reason therefore, counsel states that there has been a breakdown of the attorney-client relationship such that he should be permitted to withdraw and successor counsel should be appointed.  The defendant requests that the hearing on this matter be done in person.

By His Attorney,

August 27, 2024        / s/ Richard J. Farrell
    _____
    Richard Farrell (BBO 638017)
    Farrell Fernandez, P.C.
    47 Harvard Street
    Worcester, MA 01609
    508-393-3600
    Richard.Farrell@yahoo.com

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing on this date.

/s/ Richard J. Farrell

Richard J. Farrell

Dated: August 27, 2024