UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 23-CR-40003-MRG |
| | ) | |
| CHARLIE VICK, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTICE CONCERNING THE DECISION
OF THE SOLICTOR GENERAL OF THE UNITED STATES**

In keeping with its commitment to update the Court concerning the final decision in this matter, the government reports that the Solicitor General of the United States has ordered this office to pursue an appeal of this Court's inventory search ruling suppressing the gun found in the Nissan. The government expects a briefing schedule to issue soon, and it will endeavor to file its opening brief ahead of the due date. If the defense responds in timely fashion, it is possible the appeal may be argued in the January or February sittings.

                                          Respectfully submitted,

                                          JOSHUA S. LEVY
                                          Acting United States Attorney

By:    */s/ Donald C. Lockhart*
          Donald C. Lockhart
          Kristen M. Noto
          Brendan O'Shea
          Assistant U.S. Attorneys
          United States Attorney's Office
          John Joseph Moakley U.S. Courthouse
          1 Courthouse Way
          Boston, Massachusetts 02210

**Certificate of Service**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing system.

                */s/ Donald C. Lockhart*
                Donald C. Lockhart
                Assistant U.S. Attorney

Dated:  October 3, 2024